UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X

JUDGE BATTS GUDELIA RAMOS,  08 CV 4969  Civil Action No.

                Plaintiff,

   - against -

                                               RULE 7.1. DISCLOSURE

SEARS/KMART,

                Defendant-Petitioner.
---------------------------------------------X

    Pursuant to Rule 7.1 of the Rules of Civil Procedure, defendant, KMART CORPORATION, s/h/a SEARS/KMART, ("Petitioner"), by its attorneys, SIMMONS, JANNACE & STAGG, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock:

    Upon information and belief, Kmart Corporation is a wholly owned subsidiary of Kmart Management Corporation which is a wholly owned subsidiary of Kmart Holding Corporation which is a wholly owned subsidiary of Sears Holding Corporation (a publicly traded entity).

Dated:    Syosset, New York
           May 28, 2008

                                    Yours, etc.,

                                    SIMMONS, JANNACE & STAGG, L.L.P.

                                    By: _____
                                       GEORGE C. FONTANA, JR. (GF-1802)
                                 Attorneys for Defendants,
                                 KMART CORPORATION s/h/a SEARS/KMART
                                 Office & P.O. Address:
                                 75 Jackson Avenue
                                 Syosset, New York 11791-3139
                                 (516) 357-8100

*RECEIVED MAY 29 2008 U.S.D.C. S.D.N.Y. CASHIERS*

*Supreme New York Index No. 08/106136*

TO:
BERNARD FINTZ, ESQ.
Attorney for Plaintiff,
GUDELIA RAMOS
Office & P.O. Address:
26 Court Street - Suite 2214
Brooklyn, New York 11242
(718) 852-2400