<u>CERTIFICATE OF SERVICE</u>

RE:   GUDELIA RAMOS v. SEARS/KMART
      CIVIL ACTION NO.: 08 CV 4969
      J. BATES
      M. FREEMAN

I hereby certify that on June 4, 2008, the foregoing **RULE 7.1 DISCLOSURE** of defendant KMART CORPORATION, s/h/a SEARS/KMART, was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

BERNARD FINTZ, ESQ.
Attorney for Plaintiff,
GUDELIA RAMOS
Office & P.O. Address:
26 Court Street - Suite 2214
Brooklyn, New York 11242
(718) 852-2400

BY: _____
    GEORGE C. FONTANA, JR. (gf-1802)
    Simmons, Jannace & Stagg, L.L.P.