<u>CERTIFICATE OF SERVICE</u>

RE:      GUDELIA RAMOS v. SEARS/KMART
           CIVIL ACTION NO.: 08 CV 4969
           J. BATES
           M. FREEMAN

I hereby certify that on June 4, 2008, the foregoing **CIVIL COVER SHEET and NOTICE OF REMOVAL of defendant KMART CORPORATION, s/h/a SEARS/KMART**, and the **INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

BERNARD FINTZ, ESQ.
Attorney for Plaintiff,
GUDELIA RAMOS
Office & P.O. Address:
26 Court Street – Suite 2214
Brooklyn, New York 11242
(718) 852-2400

                      BY: _____
                            GEORGE C. FONTANA, JR. (gf-1802)
                            Simmons, Jannace & Stagg, L.L.P.